1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    ROBIN L LUCIER,                          Case No.  15-cv-01815-JD
                    Plaintiff,
8
          v.
9                                             **ORDER RE SERVICE**

10   SOCIAL SECURITY ADMINISTRATION,
                    Defendant.
11

12          The complaint in this Social Security action was filed on April 22, 2015.  Dkt. No. 1.  The

13   clerk of the court issued a summons to the defendants on April 30, 2015.  Dkt. No. 9.  However,

14   almost six months later, no docket entry showed that defendants were served.  Accordingly, on

15   October 20, 2015, the Court ordered plaintiff to serve defendants, or show good cause for failing

16   to do so, by November 4, 2015.  Dkt. No. 10.  Plaintiff's counsel responded that "service was

17   perfected on May 12, 2015," but provided no proof of service.  Dkt. No. 11.  The Court

18   specifically directed plaintiff to file proof of service, as it should have done pursuant to Federal

19   Rule of Civil Procedure 4(l)(1).  Dkt. No. 12.  Plaintiff filed a "Proof of Service by Mail" on

20   October 30, 2015.  Dkt. No. 13.

21          Plaintiff's "Proof of Service" reveals that plaintiff's ostensible service was defective:  the

22   plaintiff's and Social Security Commissioner's names are misspelled on the summons, and the

23   copy of the summons purportedly served was unsigned.  Dkt. No. 13-1 at 7; *see* Fed. R. Civ. P.

24   4(a)(1) ("A summons must: (A) name the court and the parties; (B) be directed to the defendant;

25   … (F) be signed by the clerk; and (G) bear the court's seal.")  Also, the caption of the complaint is

26   set up for the "Eastern District of California," which is the wrong court.  Dkt. No. 13-1 at 3.

27          Even if these errors had slipped through the cracks six months ago, the Court does not

28   understand why plaintiff's counsel did not pursue the status of service and the case generally after

United States District Court
Northern District of California

United States District Court
Northern District of California

1    seeing that the complaint went unanswered by the United States for five months.  To the extent

2    plaintiff wishes to maintain this action, he must properly serve the defendants under Federal Rule

3    of Civil Procedure 4 and Civil Local Rule 4-2 by November 23, 2015.  Plaintiff has already been

4    warned twice that the Court will dismiss the case if service was not perfected, and this is a last

5    warning.  The case will be dismissed if plaintiff does not file valid proof of proper service under

6    governing law by November 23, 2015.

7    In addition, plaintiff's counsel is directed to review and comply with the Federal Rules of

8    Civil Procedure and the Local Rules of this Court, especially Civil Local Rule 11-4.  If plaintiff's

9    future filings fail to comply with this order, or any of the applicable procedural rules, the Court

10   may dismiss this action for failure to prosecute and sanction plaintiff's counsel.  *See* Fed. R. Civ.

11   P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a

12   defendant may move to dismiss the action or any claim against it.")

13   Plaintiff's counsel is directed to provide a copy of this order to plaintiff and certify to the

14   court by November 23, 2015 that he has done so.

15   **IT IS SO ORDERED.**

16   Dated: November 17, 2015

17

18   _____

19   JAMES DONATO
     United States District Judge

20

21

22

23

24

25

26

27

28